UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JIHAD ANTHONY ZOGHEIB, | Case No. 2:22-cv-01213-GMN-VCF |
| Petitioner, | Order Directing Refund of Duplicate Filing Fee |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

*Pro se* 28 U.S.C. § 2254 habeas corpus petitioner Jihad Anthony Zogheib paid the filing fee on September 12, 2022. (ECF No. 5.) He submitted the filing fee a second time on October 26, 2022. (ECF No. 11.) The Clerk of Court will refund the second filing fee.

**IT IS ORDERED** that the Clerk of Court refund to petitioner the duplicate filing fee paid on October 26, 2022. (*See* ECF No. 11.)

DATED: 27 October 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1