UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JIHAD ANTHONY ZOGHEIB, | Case No. 2:22-cv-01213-GMN-VCF |
| Petitioner, | Order |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

*Pro se* 28 U.S.C. § 2254 habeas corpus petitioner Jihad Anthony Zogheib asks the court for a copy of the docket sheet. (ECF No. 17.) Respondents also seek an extension of time to respond to the petition. (ECF No. 16.) Good cause appearing,

**IT IS ORDERED** that petitioner's motion for a copy of the docket sheet (ECF No. 17) is **GRANTED**. The Clerk of Court is directed to send to petitioner one copy of the docket sheet.

**IT IS FURTHER ORDERED** that respondents' motion for extension of time to respond to the petition (ECF No. 16) is **GRANTED**. **The deadline to respond is extended to April 11, 2023.**

DATED: 18 January 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1