UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JIHAD ANTHONY ZOGHEIB,

　　　　　　　　　　　　　Petitioner,

　　v.

BRIAN WILLIAMS, et al.,

　　　　　　　　　　　　　Respondents.

Case No. 2:22-cv-01213-GMN-VCF

**Order Granting Extension of Time to Respond to Petition to June 12, 2023**

(ECF No. 20)

Respondents seek an extension of time to respond to Jihad Anthony Zogheib's *pro se* 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 20.) Good cause appearing, the court will grant the motion. The court notes that, absent extraordinary circumstances, it is unlikely to grant any further extension.

　　　**IT IS THEREFORE ORDERED** that respondents' second motion for extension of time to respond to the petition (ECF No. 20) is **GRANTED** *nunc pro tunc.* **The deadline to respond is extended to June 12, 2023.**

　　　DATED: April 20, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1