# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIHAD ANTHONY ZOGHEIB,<br><br>  Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, *et al*.,<br><br>  Respondents. | Case No.: 2:22-cv-01213-GMN-VCF<br><br>ORDER |

   *Pro se* 28 U.S.C. § 2254 habeas corpus petitioner Jihad Anthony Zogheib filed what he styled as a request for update. (ECF No. 32.) He informed the court that as of July 17, 2023, he had not received respondents' response to his petition, which was due on June 12, 2023. Counsel for respondents filed a response to Zogheib's request. (ECF No. 33.) Zogheib is currently incarcerated at Florence Correctional Institute in Florence, Colorado ("FCIF"). Counsel explains that upon receipt of Zogheib's request, he inquired with FCIF staff as to whether legal documents mailed to the prison by the Nevada Office of the Attorney General on or about June 12, 2023, were received. The documents consisted of a large box containing respondents' motion to dismiss and exhibits. FCIF staff informed respondents' counsel that the box of legal documents was in the FCIF

legal department, that the materials had never been delivered to Zogheib, and that they would be delivered promptly.

IT IS THEREFORE ORDERED that petitioner's motion for update **(ECF No. 32) is GRANTED**.

IT IS FURTHER ORDERED that the **deadline for petitioner to file a response to respondents' motion to dismiss, if any, is September 15, 2023**.

DATED: 1 August 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE