# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIHAD ANTHONY ZOGHEIB,<br><br>  Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>  Respondents. | Case No.: 2:22-cv-01213-GMN-VCF<br><br>**Order Granting Extension of Time to Oppose Motion to Dismiss to November 20, 2023**<br><br>(ECF No. 35) |

*Pro se* 28 U.S.C. § 2254 habeas corpus petitioner Jihad Anthony Zogheib asks the court for an extension of time to file his opposition to the motion to dismiss. (ECF No. 35.)  Respondents indicated that they do not oppose. (ECF No. 36.)  Good cause appearing,

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time to respond to the motion to dismiss **(ECF No. 35) is GRANTED** *nunc pro tunc*. **The deadline to respond is extended to November 20, 2023**.

DATED: 30 September 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE