# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIHAD ANTHONY ZOGHEIB,<br><br>    Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Respondents. | Case No.: 2:22-cv-01213-GMN-VCF<br><br>**Order Granting Petitioner's Motion to Exceed Page Limits and Granting Respondents an Extension of Time to Reply in Support of Motion to Dismiss to January 11, 2024**<br><br>(ECF Nos. 38, 40) |

*Pro se* 28 U.S.C. § 2254 habeas corpus petitioner Jihad Anthony Zogheib moves the court for leave to file an opposition to respondents' motion to dismiss that exceeds the page limits. (ECF No. 38; *see* Local Rule 7-3(c).)  He has also attached the proposed opposition. (ECF No. 38 at 4-38.)  Having reviewed the opposition, the court grants Zogheib's motion. Respondents will reply to Zogheib's opposition, which is found at ECF No. 38 beginning at p. 4.

Respondents also ask for an extension of time to file the reply. (ECF No. 40.) Good cause appearing, the court grants the motion, but notes that absent extraordinary circumstances it is unlikely to grant any further extension.

IT IS THEREFORE ORDERED that petitioner's motion for leave to exceed page limits **(ECF No. 38) is GRANTED**.

IT IS FURTHER ORDERED that respondents' motion for extension of time to reply in support of the motion to dismiss **(ECF No. 40) is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to January 11, 2024**.

DATED: 29 November 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE